**TIFFANY L. WILLIAMS,**
**Plaintiff–Appellant,**

v.

**LINCOLN HEALTH SYSTEMS INC.,**
**doing business as Lincoln General**
**Hospital, Defendant–Appellee.**

No. 05–30732.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided Dec. 21, 2005.

Tiffany L. Williams, Grambling, LA, pro se.

Charles H. Hollis, Rachel E. Linzy, The Kullman Firm, Baton Rouge, LA, for Defendant–Appellee.

Before REAVLEY, JOLLY and OWEN, Circuit Judges.

---

PER CURIAM: *

The judgment of the district court is affirmed for the reasons given in that court's ruling of April 14, 2005.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.